# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DALVEN TALMADGE,**

    *Plaintiff*,

v.                                              Case No.: 5:25cv336-MW/MJF

**D. MCCRAY, et al.,**

    *Defendants*.

_____/

## ORDER VACATING ORDER AND JUDGMENT, CONSIDERING OBJECTIONS, AND ADOPTING REPORT AND RECOMMENDATION

This Court previously adopted the Magistrate Judge's report and recommendation after considering Plaintiff's objections. ECF No. 13. On February 26, 2026, however, this Court received Plaintiff's additional objections, which he submitted for mailing on the day they were due. *See* ECF No. 15. Accordingly, this Court directs the Clerk is directed to **VACATE** this Court's order, ECF No. 13, and the judgment, ECF No. 14, so that this Court can consider Plaintiff's additional objections.

Having considered Plaintiff's additional objections, ECF No. 15, *de novo*, this Court is not persuaded that they change anything with respect to Plaintiff's failure to allege a claim. Plaintiff's contention that the Magistrate Judge failed to address his damages claims against Defendants in their individual capacities fails to address his failure to otherwise state a claim under the Fourteenth Amendment. Accordingly,

this Court again **accepts and adopts** the report and recommendation, ECF No. 6, as this Court's opinion, over Plaintiff's objections, ECF Nos. 12 and 15. The Clerk shall enter judgment stating, "This action is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1)." The Clerk shall close the file.

**SO ORDERED on February 26, 2026.**

                                                **s/Mark E. Walker**
                                                **United States District Judge**